UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| THERESA W.,<br>　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>　　Defendant. | )<br>)<br>)<br>)　Civil No. 1:20-cv-00308-LEW<br>)<br>)<br>)<br>) |

**ORDER FOR ATTORNEY FEES**

Pursuant to the power of this Court to award fees to a prevailing party other than the United States incurred by that party in a civil action against the United States, including proceedings for judicial review of agency action, under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(A), and in light of this Court's Order and Judgment remanding this case to the defendant Commissioner for further administrative proceedings,

IT IS HEREBY ORDERED that the United States Social Security Administration shall pay attorney's fees in the amount of six thousand six hundred fifty dollars ($6,650.00), in full satisfaction of any and all claims for attorney's fees and costs Plaintiff may have in this civil action under the EAJA.

Pursuant to the United States Supreme Court's ruling in Astrue v. Ratliff, 560 U.S. 586 (2010), the attorney fees are payable to Plaintiff as the prevailing party, and are subject to offset through the Treasury Department's Offset Program to satisfy any pre-existing debt Plaintiff may owe to the government. If, subsequent to the entry of this Order, the Commissioner determines that Plaintiff owes no debt to the government that would subject this award of attorney's fees to offset, the Commissioner may honor an assignment of EAJA fees signed by Plaintiff providing

for payment of the subject fees to Plaintiff's counsel, rather than to Plaintiff. If, however, Plaintiff is discovered to owe the government any debt subject to offset, the Commissioner shall pay any attorney's fees remaining after such offset to Plaintiff rather than to counsel.

    SO ORDERED.

    Dated this 24th day of February, 2022.

                                              /s/ Lance E. Walker
                                          UNITED STATES DISTRICT JUDGE